# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Lois H. Goodman |
| v. | Mag. No. 14-4518 |
| HERVE CADET, a/k/a "Gotti," a/k/a "Bro,"<br>ERIC SMITH, a/k/a "EV," a/k/a "E,"<br>DWIGHT SIMON, a/k/a "Break Bread,"<br>NOBLE EL-BEY, a/k/a "Terrence Gamble," a/k/a "Terry Gamble," a/k/a "T," a/k/a "Terry,"<br>EVENS JOSEPH, a/k/a "Dirty Evan," a/k/a "E,"<br>HARRIEL JEAN-BAPTISTE, a/k/a "Harry,"<br>STEVE JEAN-BAPTISTE, a/k/a "Black,"<br>JUNIOR PARCIAS, a/k/a "Peso,"<br>KURTIS BARNES, a/k/a "Gotti,"<br>CHARLENE BRAITHWAITE-LOVET, a/k/a "Shay,"<br>ATHENA L. GILLES, a/k/a "Athena Gillis," a/k/a "Shorty,"<br>JERREL K. COLLINS, a/k/a "Fat Boy,"<br>DELOVI R. CANALES, a/k/a "Butter,"<br>LAURIE A. MATTHEWS,<br>SCHNEIDER MONESTIME,<br>BRANDON R. KEYES, a/k/a "BK,"<br>REGINALD WALKER, a/k/a "Red,"<br>AMAL J. BLAINE, a/k/a "Mal,"<br>CLARA CRAWLEY, a/k/a "Kira,"<br>MACKENSON CASIMIR, a/k/a "Scrappy,"<br>MARVIN T. BRODIE, a/k/a "Marv" | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America (Fabiana Pierre-Louis, Assistant U.S. Attorney, appearing), for arrest warrants and their concurrent application, that the Complaint filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this ___15th___ day of October, 2014,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrants are executed or until further order of the Court.

_____
HONORABLE LOIS H. GOODMAN
United States Magistrate Judge