UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: Trenton
Magistrate Judge Lois H. Goodman          Date: 10/26/15
Court Reporter/ESR: Digitally

TITLE OF CASE:                    MAG NO. **14-4518-1 LHG**

USA
vs.
Herve Cadet, et al.

APPEARANCES:
Joseph Gribko, AUSA for the Government
Christopher Adams, CJA counsel for Defendant

NATURE OF PROCEEDINGS:
TELEPHONE CONFERENCE HELD
Defendant  to report by 11/13/15 on the time frame and budget for
his expert to do the psychological evaluation of defendant.
Order to follow.

TIME COMMENCED: 12:30 p.m.
TIME ADJOURNED: 12:50 p.m.
TOTAL TIME: 20 minutes

*Ivannya Jimenez*
Courtroom Deputy