# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Lois H. Goodman |
| : | |
| v. : | Mag. No. 14-4518 |
| : | |
| HERVE CADET, a/k/a "Gotti," a/k/a "Bro," : | **NOTICE OF APPEARANCE** |
| ERIC SMITH, a/k/a "EV," a/k/a "E," : | |
| DWIGHT SIMON, a/k/a "Break Bread," : | |
| NOBLE EL-BEY, a/k/a "Terrence Gamble," : | |
| a/k/a "Terry Gamble," a/k/a "T," a/k/a "Terry," : | |
| EVENS JOSEPH, a/k/a "Dirty Evan," a/k/a "E," : | |
| HARRIEL JEAN-BAPTISTE, a/k/a "Harry," : | |
| STEVE JEAN-BAPTISTE, a/k/a "Black," : | |
| JUNIOR PARCIAS, a/k/a "Peso," : | |
| KURTIS BARNES, a/k/a "Gotti," : | |
| CHARLENE BRAITHWAITE-LOVET, a/k/a "Shay," : | |
| ATHENA L. GILLES, a/k/a "Athena Gillis," : | |
| a/k/a "Shorty," : | |
| JERREL K. COLLINS, a/k/a "Fat Boy," : | |
| DELOVI R. CANALES, a/k/a "Butter," : | |
| LAURIE A. MATTHEWS, : | |
| SCHNEIDER MONESTIME, : | |
| BRANDON R. KEYES, a/k/a "BK," : | |
| REGINALD WALKER, a/k/a "Red," : | |
| AMAL J. BLAINE, a/k/a "Mal," : | |
| SHAKIRA J. COX, a/k/a "Kira," : | |
| MACKENSON CASIMIR, a/k/a "Scrappy," : | |
| MARVIN T. BRODIE, a/k/a "Marv" : | |

PLEASE TAKE NOTICE that Paul J. Fishman, United States Attorney for the District of New Jersey, has assigned the above-captioned matter to Elisa T. Wiygul, Assistant U.S. Attorney (elisa.wiygul@usdoj.gov).

                                PAUL J. FISHMAN
                                United States Attorney

                                /s/ Elisa T. Wiygul

                                By:   Elisa T. Wiygul
                                         Assistant U.S. Attorney

Dated:   November 5, 2015