```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
                    Minutes of Proceeding

OFFICE: Trenton
Magistrate Judge Lois H. Goodman         Date: 11/13/15

Court Reporter/ESR: Digitally
TITLE OF CASE:                    MAG NO. 14-4518-1 LHG
USA
vs.
Herve Cadet, et al.

APPEARANCES:
Joseph Gribko and Elisa Wiygul, AUSA for the Government
Christopher Adams, CJA counsel for Defendant

NATURE OF PROCEEDINGS:
TELEPHONE CONFERENCE HELD

Defendant to report by 2/11/16 on the status of the evaluation of
defendant.
Order to follow.

TIME COMMENCED: 12:00 p.m.
TIME ADJOURNED: 12:10 p.m.
TOTAL TIME: 10 minutes
```

*Ivannya Jimenez*
Courtroom Deputy