**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

November 17, 2015

**LETTER ORDER**

Re:     **UNITED STATES v. HERVE CADET**
        **Civil Action No.   14-cr-4518**

Dear Counsel:

Counsel for Defendant is to report to the Court by February 11, 2016 as to the status of Defendant's psychological evaluation.

**IT IS SO ORDERED.**

**LOIS H. GOODMAN**
**United States Magistrate Judge**